[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-14104
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 22, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:06-cr-00181-KD-M-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON ALEXANDER EWING,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

(March 22, 2012)

Before EDMONDSON, MARCUS, and MARTIN, Circuit Judges

PER CURIAM:

Elsie Mae Miller, appointed counsel for Jason Ewing in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ewing's revocation and sentence are **AFFIRMED**.